IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE D. WILLIAMS,** **AIS 240169,** | : | |
| | : | |
| Petitioner, | | |
| vs. | : | **CA 09-0174-CG-C** |
| **CHERYL PRICE,** | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 23, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of May, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**