# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE D. WILLIAMS,** **AIS 240169,** | : | |
| | : | |
| Petitioner, | | |
| vs. | : | CA 09-0174-CG-C |
| **CHERYL PRICE,** | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE and ORDERED** this 18th day of May, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**